# Exhibit C-2

*PRIVILEGED AND CONFIDENTIAL*
*SUBJECT TO SEAL PURSUANT TO 31 U.S.C. § 3730*

## BAYER CONFIDENTIAL INTERVIEWEE 4

### October 18, 2016 Telephone Interview

1. **Interviewer**: Thank you for taking the time to talk with us about the reimbursement support industry. As you know we are a private research team looking to develop a better understanding of this industry. We conduct this research by conducting 55 minute interviews of reimbursement personnel and also the pharmaceutical sales reps. So over the last decade the pharmaceutical industry has made an enormous investment in reimbursement services. This research is important to help us understand whether that has been an effective use of resources. So as is customary in qualitative research I will be recording the interview. This serves mainly to ensure that I accurately record your responses and also to assess my own performance. The interview lasts 55 minutes. As we go through the process, I will periodically remind you where we are with respect to time. Given that we have such a short time, there may be times when I will have to redirect you and move you on to another topic, so that all topics can be covered.  We have no particular bias one way or another about the industry. We value your opinions, thoughts and insights and we ask that you share them openly and honestly with us. Also at the end of 55 minutes you will receive an email with both the payment form with payment information, as you will paid $125 for the 55 minutes and a survey link that has 5 survey questions regarding your experience during the interview. The survey is optional. Some of the research questions will be open ended and require a more free flowing response. Other questions will be in the form of multiple choice, where you will be read a statement and have 4 options the A) you strongly agree, B) agree, C) strongly disagree and D) disagree. Then I will follow up with the question, tell me why you answered the way you did? Because this is research study the questions are standardized. The questions are designed to cover a wide range of roles within the industry, so some questions may not apply to you within your role within the industry. And finally with that intro let's begin. Just so we have it on record, I'm talking with CI-4 and you're employed by A-Line staffing right with the Lash Group?
2. **CI-4**: Yes