**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA et al. *ex rel.* SAPF LLC and BRIAN BROUSSEAU,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMGEN LLC et al.,<br><br>*Defendants*. | Civil Action No. 16-5203 |

**ORDER**

AND NOW, on consideration of the United States' and Plaintiff States' Notice of Consent to Voluntary Dismissal, it is hereby ORDERED as follows:

This matter is dismissed with prejudice as to Relators, but without prejudice as to the United States and the Plaintiff States. The Clerk of Court shall mark this case as CLOSED.

BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.

Dated: 2/11/19